UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AKEEM MUHAMMAD,

            Plaintiff,

v.     Case No. 3:05-cv-762-J-99MMH

JAMES V. CROSBY, et al.,

            Defendants.

## ORDER

1. Plaintiff's Emergency Motion for Protective Order (Doc. #8), construed as a request for a temporary restraining order, is **DENIED** for Plaintiff's failure to comply with the strictures of Fed. R. Civ. P. 65(b) and Local Rule 4.05(b).

2. Plaintiff's Motion for a Preliminary Injunction (Doc. #4),[1] Plaintiff's Motion for Order or Injunction (Doc. #9), and Plaintiff's Second Motion for a Preliminary Injunction, Re: Religious/Halal Diet (Doc. #10) are **DENIED**. The Court has carefully reviewed the papers submitted by Plaintiff in support of

---

[1] Plaintiff's Memorandum of Law "A" Re: Forced Shaves (Doc. #5), the memorandum of law in support of Plaintiff's Motion for a Preliminary Injunction (Doc. #4), is forty-seven pages in length. Rule 3.01(c) of the Rules of the District Court of the United States for the Middle District of Florida states, "Absent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length." In the future, any memorandum filed by Plaintiff that is in excess of twenty pages in length will be stricken unless Plaintiff has first obtained permission from this Court to file such a memorandum.

these requests and has found that he has failed to comply with the strictures of Fed. R. Civ. P. 65(a) and Local Rule 4.06(b).

3. Plaintiff's Motion for Court to Accept an Overseas Affidavit as Verified and Admissible (Doc. #6) is **DENIED** without prejudice.[2]

4. Plaintiff's Motion for Order to Preserve Evidence and Motion for Leave to File Non-Paper Evidence (Doc. #7) is **DENIED** without prejudice.[3]

**DONE AND ORDERED** at Jacksonville, Florida, this 12 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 8/12
c:
Akeem Muhammad

---

[2] Plaintiff states that he intends to introduce this affidavit as evidence of his sincerely held Islamic beliefs. Plaintiff requests the Court to advise him "what procedures need to be taken to make said overseas affidavit verified and admissible." Plaintiff's Motion for Court to Accept an Overseas Affidavit as Verified and Admissible (Doc. #6) at 3. The Court cannot give Plaintiff legal advice. If Plaintiff obtains this affidavit, he may then seek leave to file it in this Court and the Court will determine whether it is admissible at that time.

[3] Plaintiff may resubmit his motion in compliance with Local Rule 3.01 (requiring a party to file and serve with any motion "a brief or legal memorandum with citation of authorities in support of the relief requested.")