UNITED STATES DISTRICT COURT          **FILED**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2005 SEP 23 P 3: 55

AKEEM MUHAMMAD,

                    Plaintiff,

v.                                    Case No. 3:05-cv-762-J-99MMH

JAMES V. CROSBY, et al.,

                    Defendants.

_____

### ORDER

1.   Plaintiff's Motion for Rehearing/Reconsideration/Relief from Order, or for Expanded Order (Doc. #17) is **DENIED**.  However, Plaintiff should note that his requests for injunctive relief were denied without prejudice.  Plaintiff may refile his motions, ensuring that he complies with the provisions of Fed. R. Civ. P. 65, Local Rule 4.05 and/or Local Rule 4.06.

2.   Plaintiff's Motion for Stay (Doc. #18), construed as request for an extension of time to file an amended complaint, is **GRANTED**.  Accordingly, within **SIXTY (60) DAYS** from the date of this Order, Plaintiff shall file his amended complaint in accordance with the Court's instructions in the Court's Order (Doc. #16), filed September 2, 2005.

     **DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of September, 2005.

                                   UNITED STATES DISTRICT JUDGE

ps 9/23
c:
Akeem Muhammad
Assistant Attorney General Carrie R. McNair