UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AKEEM MUHAMMAD,

        Plaintiff,

v.                      Case No. 3:05-cv-762-J-20MMH

JAMES CROSBY, et al.,

        Defendants.

_____

**ORDER**

1. Plaintiff, an inmate incarcerated at Charlotte Correctional Institution, is proceeding in this action on an Amended Complaint (Doc. #25), in which he names the following Defendants: (1) James Crosby, the Secretary of the Florida Department of Corrections; (2) George Sapp, an Assistant Secretary of the Florida Department of Corrections; (3) Franchatta Barber, an Assistant Secretary of the Florida Department of Corrections; and, (4) Milton Hicks, the Warden of Charlotte Correctional Institution. Plaintiff challenges several rules and policies allegedly implemented by Defendants Crosby, Sapp and Barber, all of whom reside in Tallahassee. Accordingly, Plaintiff's Motion to Transfer Venue (Doc. #26) is **GRANTED**. Pursuant to 28 U.S.C. §1406(a), this case is **transferred** to the United States District

Court for the **Northern** District of Florida for all further proceedings, and the Clerk shall immediately forward the file to that District.

    2.   Defendant[s'] Motion for Enlargement of Time (Doc. #29) is **DENIED**.[1]

    **DONE AND ORDERED** at Jacksonville, Florida, this 21st day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 12/21
c:
Akeem Muhammad
Assistant Attorney General Carrie R. McNair

---

[1] This motion was filed on November 29, 2005. In this motion, Defendants request an additional ten days in which to file their response to Plaintiff's Motion to Transfer Venue (Doc. #26). It has been twenty-one days since the Motion for Enlargement of Time was filed; however, Defendants have not filed their response to Plaintiff's Motion to Transfer Venue (Doc. #26).

2